February 2006                                                                    **2006 USBC Central District of California**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re<br>**Pierce, Randall Craig**<br><br>Debtor(s). | CHAPTER:**7**<br><br>CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Pierce, Randall Craig** , the debtor in this case, declare under penalty
  *(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,_____ , the debtor in this case, declare under penalty
  *(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **January 14, 2011**      Signature */s/ Randall Craig Pierce* _____
                                                                                                    *Debtor*

Date: _____      Signature _____
                                                                                                    *Joint Debtor (if any)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Profit and Loss

## Information concerning Randall Pierce

Oct. 1, 2010 thru Nov. 1, 2010

Gross income  $2,100.00

Gross Buisness Expensive $1750.00

Profit of $350.00


Nov. 1, 2010 thru Dec. 1, 2010

Gross Income $1350.00

Gross Buisness Expensive $1,100.00

Profit of $250.00


Dec. 1, 2010 thru Jan. 1, 2011

Gross Income  $800.00

Gross Buisness Expensive $600.00

Profit of $200.00